UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC 18 2015
Chief Judge Ruben Castillo
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* STOP ILLINOIS MARKETING FRAUD, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ADDUS HOMECARE CORPORATION, and CIGNA CORPORATION, <br><br> Defendants. | No. 13 C 9059 <br><br> Chief Judge Castillo <br><br> **Filed *In Camera* and Under Seal** |

### NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

The current, and second, year-long extension of the seal in this case is set to expire on December 19, 2015. The United States' investigation has not been completed and, as such, the United States is not able to decide, as of the court's deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the court that it is not intervening at this time. However, the investigation will continue and counsel for relator has informed the United States that relator plans on continuing to pursue this case.

Although the United States is not intervening at this time, it refers the court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, pursuant to 31 U.S.C. § 3730(b)(1) that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the court be sent to the United States' counsel. The United States reserve its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's complaint, this notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: *[signature]*
JEFFREY M. HANSEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1325
jeffrey.hansen@usdoj.gov

Dated: December 18, 2015